DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ANDY ADONAY FLORES TELLO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-0753

_____

April 11, 2025

Appeal from the Circuit Court for Hillsborough County; Michelle D. Sisco, Judge.

Blair Allen, Public Defender, and Sharon M. Vollrath, Special Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Marena S. Ramirez, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed without prejudice to Andy Adonay Flores Tello's right to file a postconviction motion.

SLEET, C.J., and SILBERMAN and LaROSE, JJ., Concur.

_____

Opinion subject to revision prior to official publication.